## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:  August 28, 2007

Case No.  CR 05-0491-01   VRW
     CR 06-0793-01 VRW *i*/

Case Title:  USA v. SEMYON NEYS (CUSTODY) (PRESENT)

Attorneys:
    For the Government:  Laurel Beeler

    For the Defendant(s):  Scott Sugarman

Deputy Clerk:  **Cora Klein**
                                      Reporter: Lydia Zinn
                                        USPO: Cheryl Simone

### PROCEEDINGS

1)   Judgment and Sentencing . Cases were consolidated for sentencing and all other purposes.

### ORDERED AT THE HEARING

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Semyon Neys is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 42 months in CR05-4091 and a term of 42 months in CR06-0793, with both terms to run concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years, shall be placed on community confinement for a term of 6 months to follow immediately. The term of supervised release in CR05-0491 and CR06-0793 to run concurrently,  shall comply with the standard conditions and additional conditions the court have adopted, shall pay a special assessment of $200, which is due immediately, no fine.

time: 54 min.