AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

2011 MAY -2 PM 3:22

UNITED STATES OF AMERICA
v.
SEMYON NEYS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-06-00793-001-VRW
BOP Case Number: DCAN306CR000793-001
USM Number: 93190-111
Defendant's Attorney: Scott Sugarman

**THE DEFENDANT:**
[x] admitted guilt to violation of conditions of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | The offender violated special condition number two that he not have contact with any co-defendants in this case. The defendant has had contact with Jena Davis, a co-defendant. | 8/24/2010 |
| Two | The offender violated standard condition number seven that he refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. The defendant submitted urine sample that was positive for the use of methamphetamine. | 10/11/2010, 11/12/2010 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.: 93190-111

Defendant's Residence Address:

Defendant's Mailing Address:

February 16, 2010
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Honorable Vaughn R Walker,  U. S. District Judge
Name & Title of Judicial Officer

February 16, 2011
Date

| | | |
|---|---|---|
| DEFENDANT: | SEMYON NEYS | Judgment - Page 3 of 3 |
| CASE NUMBER: | CR-06-00793-001 VRW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months with no supervision to follow.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[ ]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[x]  The defendant shall surrender to the United States Marshal for this district at noon on 2/22/2011 if the Bureau of Prisons has not made a designation.
[ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before 2:00 pm on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 4-27-11 to USP Atwater

at Atwater CA, with a certified copy of this judgment.

NA Rios Jr Warden
UNITED STATES MARSHAL

By Clauson CSO
Deputy United States Marshal